

# United States District Court
## Central District of California
### Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

February 22, 2023

Clerk, United States District Court

__Southern__ District of __California__

333 W. Broadway, Suite 420
San Diego, CA 92101

Re:    Transfer of Jurisdiction of Probation
       Your Case No. __19CR040000-001__
       Assigned Our Case No. __2:23-cr-00083-PA__
       Case Title: __USA v. Eduardo Flores__

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Philip S. Gutierrez__ .

   Please forward to this district copies of the following documents:
   1) Indictment, Information, or Complaint
   2) Judgment and Probationary Order
   3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

   The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By __alison_bandek@cacd.uscourts.gov__
     Deputy Clerk

cc:    Probation Office, Central District of California
       Probation Office, District of Origin